

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
Corporation Counsel

**BRANDON WEISMAN**
Assistant Corporation Counsel
Labor & Employment Law Division
(212) 356-2286
bweisman@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____10/23/2025

October 23, 2025

**BY ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **APPLICATION GRANTED:**The Initial Case Management Conference in this matter that is scheduled for Monday, October 27, 2025 at 3:30 p.m.  in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Thursday, December 4, 2025 at 12:00 p.m.</u>
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> **10/23/2025**

Re:    Melanie Hardy v. City of New York. et al.,
         25-cv-05323 (DEH) (KHP)

Dear Magistrate Judge Parker,

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants City of New York and the Human Resources Administration of the City of New York in the above-referenced action. I write to respectfully request an adjournment of the initial case management conference scheduled for October 27, 2025. This is Defendants' first request for an adjournment of the initial case management conference and Plaintiff consents to this request.

Defendants' counsel has a settlement conference scheduled before Magistrate Judge Aaron in the matter of Nanakumo v. New York City Health & Hospitals Corporation, et al., No. 23-CV-00314 on October 27, 2025 and, as such, will need an adjournment of the initial case management conference.

In addition, the parties are scheduled to attend mediation in this case on November 12, 2025[1]. The parties would like the opportunity to proceed to mediation in an effort to resolve this matter prior to proceeding with the initial case management conference.

Accordingly, I respectfully request an adjournment of the initial case management conference and that the adjourned date be a date convenient to the Court after November 12, 2025, to allow the parties time to attend the mediation prior to the conference.

I thank for the Court for its consideration of this request.

---

[1] The parties agreed to adjourn the mediation from November 5, 2025 to November 12, 2025.

1

2

Respectfully submitted,

*/s/ Brandon Weisman*

Brandon Weisman
Assistant Corporation Counsel

cc:    Eric T. Healey-Kagan, Esq. (via ECF)