**VIA ECF:**
The Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    01/15/2026
```

**MEMO ENDORSED**

January 15, 2026

Re: **Hardy v. City of New York, et. al., Case No. 1:25-cv-05323-DEH-KHP**

Dear Magistrate Judge Parker,

Parties write jointly to both provide the Court with a status update regarding the conduct of discovery pursuant to the December 4, 2025, Post Conference Order, ECF #21, and to request a new date for Parties' Settlement Conference with Your Honor.

Parties exchanged Initial Disclosures on December 23, 2025. On January 7, 2026, Parties agreed to a mutual two-week adjournment of the deadline to serve discovery requests, originally scheduled for January 9, 2026, and now scheduled for January 23, 2026. Parties also agreed to adjourn the response deadline for an additional two weeks, originally due February 23, 2026, and now due on March 9, 2026.

Since appearing in Court before Your Honor on December 4, 2026, Parties have also continued settlement discussion; with settlement offers exchanged on December 18, 22, and 24, 2025, by both parties.

Further, Parties request that the Settlement Conference, currently scheduled for March 4, 2026, be rescheduled as counsel for Plaintiff is unavailable on March 4, 2026. Parties would welcome a date sooner than March 4, if the Court has any such availability. In an effort to streamline such rescheduling, Parties have conferred and confirm they are unavailable on February 2-4, 9-16, 23-28 and March 2-6, 11, 13, and 19. We thank the Court, in advance, for your time and attention to this matter.

Respectfully submitted,


_____~//s//~_____                    _____~//s//~_____
Erica Healey-Kagan, Esq.                    Brandon Weisman, Esq.
Dana Rose Sussman, Esq.                     Law Department of the
Filippatos PLLC                             City of New York
*Attorneys for Plaintiff*                   *Attorney for Defendants*

**APPLICATION GRANTED:**  The settlement conference in this matter  scheduled for Wednesday, March 4, 2026 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Thursday, March 12, 2026 at 10:00 a.m.</u>  Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>March 5 2026 by 5:00 p.m.</u>

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

01/15/2026